December 22, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

MERCEDES MOSBY, Appellant

NO. 14-10-00203-CV                    V.

POST OAK BANK, Appellee

_____


This cause, an appeal from the judgment in favor of appellee, POST OAK BANK, signed February 3, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, MERCEDES MOSBY, to pay all costs incurred in this appeal. We further order this decision certified below for observance.